ELLEN F. ROSENBLUM
Attorney General
TRACY ICKES WHITE #904127
Senior Assistant Attorney General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Tracy.I.White@doj.state.or.us
        jill.conbere@doj.state.or.us

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| KRISTINA BOSWELL, | Case No. 3:22-cv-00502-MO |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL |
| v. | |
| STATE OF OREGON, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based on the settlement of the parties, the parties hereby stipulate to the dismissal of this action with prejudice and without costs or fees to

Page 1 -   STIPULATION OF DISMISSAL
           TIW/rrc/527277344

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

either party.

**IT IS SO STIPULATED:**

_____ DATED this  22  day of August, 2022.
**DANIEL J. SNYDER**, OSB #783856
Attorney for Plaintiff


s/ Tracy Ickes White
_____ DATED this  22  day of August, 2022.
**TRACY ICKES WHITE**, OSB #904127
Senior Assistant Attorney General
Attorney for Defendant State of Oregon

Page 2 -   STIPULATION OF DISMISSAL
          TIW/rrc/527277344